## ATTACHMENT A:
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT
## FOR JUSTIN ARIEL ESPINAL ESTEVEZ
## "AKA"
## JOSTIN ARIEL ESPINAL ESTEVEZ

I, Joshua Grout, a Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, state as follows:

## INTRODUCTION

1. I am presently a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I serve as a sworn law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code. In that capacity, I am empowered to conduct investigations pursuant Section 2516(1)(a) of Title 18 United States Code and to make arrests for offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code and other related offenses. During my tenure as a Special Agent, I have completed approximately 1,080 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). Prior to my tenure as a Special Agent, I was a Police Officer with the Charlotte Mecklenburg Police Department (CMPD). During my time at CMPD, I worked as a patrol officer and member of the Gang Unit, where I investigated violations of state and federal law. I completed approximately 1,220 hours of basic and advanced law enforcement training. I have drafted and or executed over 50 state and federal search warrants, to include numerous warrants for residences, cellular phones, and social media accounts. I have been the affiant on three Title III wiretap affidavits and the case agent of a racketeering influencing corrupt organizations (RICO) and violent crime in aid of racketeering (VICAR) case. I have made over 500 arrests for various violations of state and federal crimes. I am a certified digital forensics examiner for cell

1

phones and windows computers through the Defense Cyber Investigative Training Academy. Prior to my time as a police officer, I was a counterintelligence Special Agent in the United States Army. During my time as a counterintelligence agent, I was tasked with investigating violations of the Uniformed Code of Military Justice and Title 18 of the United States Code involving national security crimes. I attended over 1,200 hours of basic and advanced training related to conducting national security/ terrorism and cyber investigations. I am currently assigned to the HSI Violent Gang Task Force, which is tasked with investigating, disrupting, and dismantling transnational gangs, transnational criminal organizations, and violent crime within and throughout the Western District of North Carolina.

2. This Affidavit is presented to set forth facts sufficient to support a probable cause finding for the issuance of a criminal complaint against Justin Ariel Espinal Estevez aka Jostin Ariel Espinal Estevez **(Estevez)** for violating 18 U.S.C. § 922(g)(5)(unlawful possession of a firearm by an alien).

3. This Affidavit contains information necessary to support probable cause for the Criminal Complaint. The information contained in this Affidavit is based on my personal participation in the investigation of the case and from information provided to me by other Special Agents and Task Force Officers, as well as other federal, state, and local law enforcement officers. Since this Affidavit is being submitted for the limited purpose of supporting a probable cause finding for the issuance of a Criminal Complaint, I have not included every fact known to me concerning this investigation.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On September 28, 2023, **Estevez** was administratively arrested by United States Customs and Border Protection in violation of Section 212(a)(6)(A)(i) of the Immigration and

Nationality Act (INA). **Estevez** was encountered in Lukeville, Arizona with a group of 27 individuals who crossed the southern border of the United States. Border Patrol personnel positively identified **Estevez** who was issued FBI Number D8NF55D51 and Alien File (A-file) Number A241501647 and was determined to have crossed into the United States without necessary legal documents to enter, pass through, or remain in the United States. **Estevez** admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry on September 28, 2023, at 5:33 PM near Lukeville, Arizona.

5. Your Affiant conducted criminal justice inquiries and database searches, reviewed A-file A241501647 relating to **Estevez**, and discovered that:

    a. his name is Justin Ariel Espinal **Estevez**, per a Dominican Passport in his possession, A-file, and his own statements;

    b. he is a citizen of the Dominican Republic by virtue of birth in the Dominican Republic, on 10/17/2006, per a Dominican Republic passport and his own statements;

    c. he was assigned FBI number D8NF55D51, and A-file Number A241501647 under the name Justin Espinal **Estevez;**

    d. checks of immigration indices did not result in discovery or location of any record that **Estevez** was granted permission by United States Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States.

6. On July 6, 2025, CMPD officers were investigating a robbery and assault with a deadly weapon with intent to kill inflicting serious injury call for service at 3540 N. Sharon Amity Road Charlotte, North Carolina. Responding officers located a victim lying on the ground near the front door of a business, 2030 Smoke Shop. The victim had multiple gunshot wounds and was transported to the hospital. A witness stated that she observed two suspects run out the front door

of the smoke shop with handguns and run across N. Sharon Amity Road. An additional witness stated that the victim was an employee of the smoke shop.

7. Officers were able to view the smoke shop security footage and observed that the victim, who is the store clerk, was initially the only individual inside the business. At 2134 hours, Suspect 1, who was later identified as **Estevez's** juvenile brother, is seen entering the victim business. Suspect 1 was wearing a gray zip-up hoodie with the hood pulled over his head, blue jeans, white socks and black slides. Suspect 1 can be seen talking at the counter with the victim store clerk, who was standing behind the counter at the register. Suspect 1 was not wearing any gloves and repeatedly touched the display case to the left of the register with both hands. At 2138 hours, Suspect 2, later identified as **Estevez,** entered the victim business. **Estevez** was wearing a black Nike zip-up hoodie, black ski mask, black pants, white socks and black slides. **Estevez** entered the business and walked directly to the counter. As **Estevez** approached the counter, he displayed a black handgun and racked the firearm. **Estevez** and Suspect 1 then attempted to go behind the counter. The victim attempted to keep Suspect 1 from going behind the counter. As the victim grabbed onto Suspect 1, **Estevez** then pointed the handgun at the victim and fires multiple rounds, at 2139 hours. The victim was struck by gunfire and immediately exited the business through the front door. **Estevez** then ran to the front door as Suspect 1 went behind the counter to open the cash register. Suspect 1 then took cash from the cash register and items from the counter and then picked up a shiny bag from the floor. Both Suspect 1 and **Estevez** fled the scene.

8. Officers were able to promptly identify Suspect 1 and **Estevez** because of a prior interaction Officers had with Suspect 1 and **Estevez** concerning a robbery and assault with a deadly weapon investigation unrelated to the events described above. Specifically, on June 23, 2025, Officers arrested **Estevez's** stepfather, Andy Javier Lopez Varga, at his home address located at

3411 Teal Point Dr Apt. D3, Charlotte, North Carolina. Officers obtained consent to search the apartment and located a tan Glock 19x SN: BHNF082 inside of the apartment.

9. Notably, both Suspect 1 and **Estevez**, who shared the residence with their stepfather were present in the residence during the arrest. During this interaction, Officers observed a distinguishable tattoo on **Estevez's** left hand. This same distinguishable tattoo on **Estevez's left** hand can be seen on the security footage of the July 6, 2025, robbery and of a prior robbery of the same establishment that occurred on June 15, 2025.

10. On July 8, 2025, Homeland Security Investigations and the CMPD Violent Criminal Apprehension Team (VCAT) located **Estevez** at 6008 Dove Tree Lane, Apartment H Charlotte North Carolina. CMPD Detectives obtained a search warrant for the apartment. During the search of the apartment, CMPD located clothing believed to be used in the robbery, cash and a Smith and Wesson shield 9mm handgun SN: EFP4365. CMPD also located a tan Glock pistol case with SN: BHNF082[1]. CMPD also located a toy handgun that resembles a Glock handgun with an extended magazine.

11. Detectives conducted an interview of **Estevez. Estevez** was read a waiver of rights form in Spanish. He signed the waiver and agreed to speak with detectives. **Estevez** stated that he is from the Dominican Republic and fled the country due to gangs. **Estevez** was shown a photo of himself inside the smoke shop on June 15, 2025, and stated it was him and signed the photo. **Estevez** was shown of photo of himself inside the smoke shop on July 6, 2025 during the robbery and he identified himself in the photo. Detectives asked what kind of gun **Estevez** had and **Estevez** stated a "Taurus". Detectives showed **Estevez** a picture of the Smith and Wesson Shield Plus SN: EFP4365 (the firearm located in 6008 Dove Tree Lane, Apartment H, Charlotte North Carolina)

---

[1] This gun case matched the tan Glock 19x SN: BHNF082 Officers seized on June 23, 2025 at 3411 Teal Point Apartment D3 Charlotte North Carolina.

and **Estevez** confirmed that that was gun he used in the July 6, 2025, robbery. **Estevez** admitted to committing the July 6, 2025, robbery. **Estevez stated** that the store clerk owed him "stuff" and that he came in to try and get it but the clerk gave him less than he was owed, so he pulled out the gun, and the clerk gave him more. **Estevez** discussed why he shot his gun during the July 6, 2025, robbery and stated that he thought the clerk was going to do something to his brother (Suspect 1), so he shot the victim. **Estevez** stated he told his brother to take the money and the marijuana. **Estevez** said that he used a khaki-colored Glock in the first robbery (June 15, 2025) and that it was later taken by the police when his stepfather was arrested with the Glock. Detectives showed **Estevez** a photo of the tan Glock (the firearm located at 3411 Teal Point Apartment D3 Charlotte North Carolina) and **Estevez** confirmed that that gun was used in the robbery on June 15, 2025, and **Estevez** signed the photo.

12. On July 9, 2025, a preliminary interstate nexus check was completed by a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) regarding the nexus of the Glock GMBH; Model: 19X; Caliber: 9mm; Pistol; SN: BHNF082 and the Smith & Wesson; Model M&P Shield Plus; 9mm caliber; Pistol; SN EFP4365. The ATF Special Agent stated that these firearms were not manufactured in North Carolina. Because these firearms were not made in this state, their presence here indicates the firearms traveled through interstate and/or foreign commerce.

## **CONCLUSION**

13. Based upon my training and experience and the facts of this investigation, I submit that there is probable cause that on or about July 6, 2025, within the Western District of North Carolina and elsewhere, the defendant, **Justin Ariel Espinal Estevez aka Jostin Ariel Espinal Estevez,** knowing that he was an alien unlawfully and illegally in the United States, did knowingly

and unlawfully possess a firearm, that is, a Smith & Wesson; Model M&P Shield Plus; 9mm caliber; Pistol; SN: EFP4365, in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(5)(unlawful possession of a firearm by an alien).

    14.     I request that the Court issue a Criminal Complaint and Arrest Warrant for the same.

*This Affidavit was reviewed by AUSA Mark T. Odulio.*

Respectfully submitted,

_____
Joshua Grout, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 11th day of September 2025.

_____
Honorable Susan C. Rodriguez
United States Magistrate Judge